AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

CENTRAL ____ DISTRICT OF ____ CALIFORNIA

**CLERK, U.S. DISTRICT COURT**
**OCT 20 2011**
**CENTRAL DISTRICT OF CALIFORNIA**
**BY _____ DEPUTY**

UNITED STATES OF AMERICA

V.

MARCUS E. ARAGON

## JUDGMENT OF ACQUITTAL

CASE NUMBER:  CR 11-00054-RCF

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_[Signature]_
Signature of Judge

| Rita Coyne Federman | US Magistrate Judge |
|---|---|
| Name of Judge | Title of Judge |

OCT 20 2011
Date